RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _10_,_13_,_06_
BY _____Ơn____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VERSUS | ) | CRIMINAL NO. 95-20036-10 |
| | ) | |
| ALFRED READO, JR. | ) | JUDGE DONALD E. WALTER |

## AMENDED JUDGMENT

On December 11, 1995, the defendant, Alfred Reado, Jr., was sentenced to 360 months as to Count One, and 240 months as to Counts Three, Five and Seven, said imprisonment to run concurrently, and a 5 year term of supervised release on Counts One, Three, Five and Seven, all to run concurrently [271]. Pursuant to the Rules of Criminal Procedure, under Rule 35 and the Government's Motion to Modify Sentence [426], it is the judgment of this Court that the sentence issued on December 11, 1995 is hereby amended to reflect imprisonment for a term of 240 months as to Counts One, Three, Five, and Seven, all to be served concurrently.

The following special condition is also ordered:

1.  The defendant shall participate in substance abuse treatment and testing as directed by the U.S. Probation Office.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the *13* day of September, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE